Per Curiam.

(No. 73-CC-266

Jay Prillman, Member Regional Board of School Trustees, Vermilion County, Claimant, *vs.* State of Illinois, Superintendent of Public Instruction, Respondent.

*Opinion filed June 20, 1973.*

JAY PRILLMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.